**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7369**

———————

In Re:  BURTON BRAXTON HAGWOOD,

                                        Petitioner.

———————

On Petition for Writ of Mandamus.  (CR-00-13)

———————

Submitted:  October 23, 2002      Decided:  October 31, 2002

———————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Burton Braxton Hagwood, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Burton Hagwood petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has denied Hagwood's § 2255 motion. Accordingly, because the district court has recently decided Hagwood's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2